**Order entered September 27, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00757-CV**

**JOHNATHAN COOPER, Appellant**

**V.**

**MICHAEL MOWLA, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17693**

**ORDER**

Before the Court is appellant's September 23, 2021 motion for a copy of the clerk's record. We **GRANT** the motion and **DIRECT** the Clerk of the Court to send a paper copy of the clerk's and supplemental clerk's records to appellant.

On our own motion, we **EXTEND** the deadline for appellant's jurisdictional letter brief to October 14, 2021.

/s/    KEN MOLBERG
JUSTICE